# IN THE SUPREME COURT OF THE STATE OF NEVADA

AMERICANA, L.L.C., D/B/A BERKSHIRE HATHAWAY HOMESERVICES NEVADA PROPERTIES,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TREVOR L. ATKIN, DISTRICT JUDGE,
Respondents,
and
TONI BONIFATTO; JOSEPH BONIFATTO; AND PETER BONIFATTO,
Real Parties in Interest.

No. 81125

**FILED**

JUL 1 6 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DENYING PETITION*

This original petition for a writ of mandamus challenges a district court order denying a motion to dismiss in a tort and breach of contract action.

Having considered the petition and its documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted and that the right to appeal is generally an adequate legal remedy precluding writ relief); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and that this court has sole discretion in determining whether to entertain a writ petition). This court generally declines to exercise its discretion to consider writ petitions challenging district court orders denying motions to dismiss and

20-26211

petitioner fails to demonstrate any exception to this general rule applies here. *Moseley v. Eighth Judicial Dist. Court*, 124 Nev. 654, 658-59, 188 P.3d 1136, 1140 (2008) (outlining exceptions to the general rule). We therefore,

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Stiglich

_____, J.
Silver

cc:    Hon. Trevor L. Atkin, District Judge
       Olson, Cannon, Gormley, & Stoberski
       Kemp, Jones & Coulthard, LLP
       Eighth District Court Clerk